COA No. 23-1034

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

v.

RONALD BRUCE MYERS, AKA Rick LNU, AKA Rick Curtis

Defendant-Appellant.

APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WASHINGTON
USDC EDWA 2:024-cr-00173-MKD-1

UNITED STATES' MOTION FOR A 30-DAY EXTENSION OF TIME TO FILE RESPONSE TO PETITION FOR PANEL REHEARING OR REHEARING EN BANC

The United States of America moves for a 30-day extension of time to file a response to the petition for panel rehearing or rehearing en banc in this case. The reasons are set forth in the attached declaration.

Respectfully submitted this 8th day of August, 2025.

                                          Stephanie Van Marter
                                        Acting United States Attorney
                                        Brian M. Donovan
                                        Assistant United States Attorney
                                        Eastern District of Washington
                                        920 W Riverside Ave., Suite 340
                                        Spokane, WA  99201
                                        Telephone: (509) 353-2767

## DECLARATION

I, Brian M. Donovan, declares as follows:

1. I am an Assistant United States Attorney for the Eastern District of Washington and am assigned to handle this appeal.

2. This Court issued an order in this case on August 5, 2025, directing Appellee to file a response to the petition for panel rehearing or rehearing en banc within 21 days of the date of this order. Dkt. 56.1. Appellee's response is therefore due on August 26, 2025.

3. I request a 30-day extension, until September 25, 2025, to file a response to the petition for panel rehearing or rehearing en banc. Undersigned counsel requests this extension because he has previously booked travel outside of the United States from August 15, 2025, through August 28, 2025. In addition, the extension of time will permit the United States to consult with the Solicitor General's office regarding its response.

4. I have advised appellant's counsel, Miles Pope, of the request for an extension. Mr. Pope stated he had no objection to this request for extension.

5. I will exercise due diligence to ensure that the response to the petition for panel rehearing or rehearing en banc be filed within the time requested. I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 8, 2025.                           *s/ Brian M. Donovan*
                                                 Brian M. Donovan
                                                 Assistant United States Attorney